■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PERKINS, Appellant. [667 NYS2d 291] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered April 7, 1994, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We agree with the defendant's contention that, in rendering its *Sandoval* ruling, the trial court failed to fulfill the duty to exercise its discretion and weigh the probative value of evidence of prior criminal acts against the prejudicial impact thereof (*see, People v Williams,* 56 NY2d 236; *People v Sandoval,* 34 NY2d 371). However, under the circumstances of this case, that error was harmless (*see, People v Mitchell,* 209 AD2d 443; *People v Moore,* 156 AD2d 394).

The defendant's contentions that *Brady* and *Rosario* material were withheld from him (*see, Brady v Maryland,* 373 US 83; *People v Rosario,* 9 NY2d 286) are without merit (*see, People v Finley,* 190 AD2d 859).

The defendant's remaining contentions in his main brief and supplemental *pro se* brief are without merit. Miller, J. P., Pizzuto, Goldstein and Florio, JJ., concur.